IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CM CONSULTING, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 12-1549 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF COURT

AND NOW, this \_\_11th\_\_ day of \_\_April\_\_, 2013 and upon consideration of the Stipulation Extending Deadline to Answer Complaint filed by PNC Equipment Finance, LLC, the Court HEREBY ORDERS that CM Consulting, LLC shall have until Friday, April 26, 2013 to file an Answer to the Complaint.

SO ORDERED.

s/Gary L. Lancaster        J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge